DATE: Feb. 3, 2015

TO: Office of the Clerk
Tx. Court of Crim App.
P.O. Box 78711
Austin, Tx 78711

From: Mr. Waymond E. Sanders
#1640442,
Mark Stiles Unit
3060 Fm 3514
Beaumont, Tx. 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

Dear Clerk

On April 26, 2010, I was convicted in the 213th District Court of Tarrant County, in Ft. Worth, Texas, Indictment #1152455D for The offense of possession of cocaine and sentenced to 40 years Confinement in Tx. Dept. Crim. justice state prison. I appeal my Conviction in the Court of Appeals second District of Texas, Ft. Worth in Docket No# 02-10-00168-CR,

The Second District court of Appeals, Affirmed the Judgement of the Trial court on July 7, 2011.

Pursuant to Rule 68 of the Texas Rules of Civil Procedure, I filed a Petition for Discretionary Review, on Aug. 5, 2011 with the Clerk Debra Spisak in Ft. Worth, Tx. in the Court of Appeals second District to be forwarded To the Clerk of The Texas Court of Criminal Appeals in Austin, Texas.

My Reason for writing you is to find out if the Court of Criminal Appeals has made a Ruling or not? concerning The Petition for Discretionary Review filed in cause #No.02-10-00168-CR

I have never Received any information concerning the (PDR) filed on my behalf. Could you please give me any information you have on Record concerning my (PDR). Thanking you in Advance, Sincerely

Mr. Waymond E. Sanders #1640442